IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVON SHAWQWEN GREEN, )
)
    Petitioner, )
)
v. ) CASE NO. CV419-080
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which objections have been filed (Doc. 3). After careful consideration and review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Petitioner has failed to offer any meritorious objection to the report and recommendation. Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence is (Doc. 1) **DENIED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 4th day of June 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA