# United States District Court
## Southern District of Georgia

DAVON SHAWQUEN GREEN,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19CV-80
4:15CR-133

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated June 4, 2019 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this court, the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is Denied. This case Stands Closed.

June 4, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*